# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1070**                              **September Term, 2025**

**EPA-91FR9088**

**Filed On: June 17, 2026**

Air Alliance Houston, et al.,

       Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 26-1072

## O R D E R

Upon consideration of Government Accountability & Oversight's motion for leave to file as amicus curiae in support of respondents, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged amicus brief.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

             BY:   /s/
                     Laura M. Morgan
                     Deputy Clerk