July 22, 2026

Clifton Cislak
Clerk
United States Court of Appeals for the
     District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitutional Ave., NW
Washington, DC 20001

  Re: *Air Alliance Houston v. EPA*, Nos. 26-1070 et al.

Dear Mr. Cislak:

  Petitioners in Nos. 26-1070 and 26-1072 hereby inform the Court of the attached order in *Sierra Club v. EPA*, No. 26-1055. As noted at page 4 & note 1 of our Joint Motion for a Limited Abeyance Pending EPA Action on Petition for Administrative Reconsideration (filed May 18, 2026) (Doc. 2173981), petitioners in *Sierra Club*, like Petitioners here, sought to place the case in abeyance for six months to afford EPA time to act upon pending petitions for administrative reconsideration. In the attached order, the Court placed *Sierra Club* in abeyance and directed the parties to file motions to govern further proceedings by November 5, 2026, as requested.

    Respectfully submitted,

 /s/ *Jason E. James*       /s/ *Sean H. Donahue*
JASON E. JAMES        SEAN H. DONAHUE
Assistant Attorney General     Donahue, Goldberg, Herzog &
Illinois Attorney General's Office     Davidson
201 W. Pointe Drive, Suite 7     1008 Pennsylvania Ave., SE
Belleville, IL 62226       Washington, DC 20003
(217) 843-0322        (202) 277-7085
jason.james@ilag.gov      sean@donahuegoldberg.com

cc: Counsel of Record (via ECF)

**ATTACHMENT**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1055**　　　　　　　　　　　　　**September Term, 2025**

**EPA-91FR1910**

**Filed On:**  July 20, 2026

Sierra Club, et al.,

　　　　　　Petitioners

　　　　v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. Environmental
Protection Agency,

　　　　　　Respondents

------------------------------

American Petroleum Institute, et al.,
　　　　　　　　　Intervenors


　　　**BEFORE:**　　Henderson and Wilkins, Circuit Judges

## O R D E R

　　　Upon consideration of the motion to hold in abeyance, the opposition thereto, and the reply, it is

　　　**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by November 5, 2026.

**Per Curiam**