

**U.S. Department of Justice**

Environment and Natural Resources Division

---

July 24, 2026

Clifton Cislak
Clerk
United States Court of Appeals for the
District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., NW
Washington, DC 20001

  Re: Notice in *Air Alliance Houston, et al. v. EPA*, Nos. 26-1070, 26-1072

Dear Mr. Cislak:

  In response to Petitioners' July 22 notice of the Court's abeyance order in *Sierra Club v. EPA*, No. 26-1055 (Doc. 2184445), EPA notes that *Sierra Club* involves different circumstances. Whereas no industry intervenor objected to abeyance in *Sierra Club*, here, thirteen industry intervenors opposed Petitioners' motion for abeyance and supported EPA's opposition. Industry intervenors filed their opposition "principally to address Petitioners' assertion that abeyance would cause no prejudice, a claim that the regulated community is uniquely positioned to refute" (Doc. 2175586 at 2). And to the extent that *Sierra Club* bears any similarity to this case, EPA maintains its position that abeyance is unwarranted (Doc. 2175591).

        Respectfully submitted,

        /s/ *Sonya J. Shea*
        SONYA J. SHEA
        U.S. Department of Justice
        Environment and Natural Resources Division
        Environmental Defense Section
        999 18th St., North Terrace, Suite 600
        Denver, CO 80233
        (202) 598-3320
        sonya.shea@usdoj.gov

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 28(j) because, by Microsoft Word's count, the body of this letter contains 106 words.

/s/ *Sonya J. Shea*
SONYA J. SHEA