# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1070**                                                       **September Term, 2025**

**EPA-91FR9088**

**Filed On:** August 13, 2026

Air Alliance Houston, et al.,

        Petitioners

      v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. Environmental
Protection Agency,

        Respondents

------------------------------

America's Power, et al.,
               Intervenors
------------------------------

Consolidated with 26-1072


      **BEFORE:**   Rao and Childs, Circuit Judges

## O R D E R

      Upon consideration of the motion to hold in abeyance, the oppositions thereto, the reply, the notice, and the response thereto, it is

      **ORDERED** that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern further proceedings by November 18, 2026.

**Per Curiam**