# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Air Alliance Houston, et al.

v.

U.S. EPA, et al.

**Case No:** 26-1070, 26-1072 (consol.)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◉ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

State of Arkansas

### Counsel Information

Lead Counsel: Joseph Nelson

Direct Phone: (501) 301-0259 Fax: (501) 682-2519 Email: Joseph.Nelson@ArkansasAG.gov

2nd Counsel:

Direct Phone: ( ) Fax: ( ) Email:

3rd Counsel:

Direct Phone: ( ) Fax: ( ) Email:

Firm Name: Office of the Arkansas Attorney General

Firm Address: 101 West Capitol Avenue, Little Rock, AR 72201

Firm Phone: (501) 682-2007 Fax: (501) 682-7395 Email: Solicitor.General@ArkansasAG.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.