**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AIR ALLIANCE HOUSTON, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | Case No. 26-1070 (consolidated with No. 26-1072) |

## MOTION TO GOVERN

Pursuant to the Court's August 13 Order, Petitioners, Respondents, and Intervenors submit this motion to govern further proceedings.[1] The parties request that the Court order the parties to submit motions to govern by January 27, 2027. However, the parties disagree on whether the Court should lift the abeyance. The parties' positions are set forth below.

**EPA's request**

EPA requests that the Court lift the abeyance and order the parties to file motions to govern by January 27, 2027. State Intervenor-Respondents concur with

[1] As of the time of filing, counsel for Intervenors Talen Montana, LLC, Talen Energy Supply, LLC, NorthWestern Energy Group, Inc., Westmoreland Mining Holdings, Westmoreland Mining, and Rosebud Mining have not responded to undersigned Department of Justice counsel's request for their position on this motion.

EPA's approach. Intervenors America's Power, Associated Electric Cooperative, Basin Electric Power Cooperative, Big Rivers Electric Corporation, East Kentucky Power Cooperative, Minnkota Power Cooperative, National Rural Electric Cooperative Association, and Sunflower Electric Power Corporation, the National Mining Association, the Lignite Energy Council, NACCO, Midwest Ozone Group, Oak Grove Management Company, and Luminant Generation Company, LLC support EPA's request.

Background

At the end of March 2026, certain public health and environmental organizations and a coalition of states and local governments petitioned for review of EPA's Rule that repealed three prior revisions to standards to regulate air-toxics emissions from coal-fired power plants. 91 Fed. Reg. 9088 (Feb. 24, 2026). A coalition of states, power plant owners and operators, including rural electric cooperatives and their national trade association, and associations and businesses representing energy and mining interests intervened in defense of the Rule.

On April 24, Environmental Petitioners submitted a reconsideration petition to EPA. On May 18, Petitioners moved for a six-month abeyance pending EPA action on their reconsideration request. Mot., ECF No. 2173981. EPA and thirteen industry intervenors opposed. EPA Opp'n, ECF No. 2175591; Industry Opp'n, ECF No. 2175586. On August 13, the Court issued an Order holding this

case in abeyance pending further order, and directing the parties to file motions to govern further proceedings by November 18. Order, ECF No. 2188182. On August 24, EPA moved for reconsideration of the Court's Order. EPA Recons. Mot., ECF No. 2189667. The Court denied that motion on November 17. Order, ECF No. 2203706.

Argument

EPA maintains that abeyance is unwarranted in these circumstances. The Clean Air Act provides for prompt judicial review. 42 U.S.C. § 7607(b)(1), (d). The mere pendency of an administrative petition should not prevent EPA from proceeding to defend the Rule given the statutory text and the public interest in EPA's ability to direct staff resources in an appropriate manner. *See id.* § 7607(b)(1) (finality of rule not affected by administrative petition); *compare* 42 U.S.C. 7607(b)(1) (setting 60-day timeframe for judicial review) with *id.* § 7607(d)(7)(B) (not specifying a timeframe for resolution of reconsideration petitions). Nonetheless, EPA has informed undersigned Department of Justice counsel that it has been working on the petition for reconsideration in the ordinary course of its established administrative process and is prepared to issue a decision on the petition soon. EPA has a strong interest in defending the Rule and proceeding to merits briefing without further delay. Intervenors also continue to request that this case move forward expeditiously to mitigate the harm that

uncertainty imposes on regulated entities and their ratepayers that may be faced with future compliance costs. A January 27 deadline for motions to govern, which may propose a briefing schedule, will allow the parties time to coordinate and attempt to reach agreement on how this case should proceed, while accounting for outages over the holidays.

Accordingly, EPA requests that the Court lift the abeyance and order the parties to file motions to govern by January 27, 2027.

**Petitioners' request**

Petitioners support a January 27, 2027, due date for motions to govern, but respectfully request that the Court leave the case in abeyance until EPA has notified the Court that it has published a final decision on the petition for administrative reconsideration. *See* ECF No. 2203706 (per curiam order dated Nov. 17, 2027, denying EPA's motion for reconsideration of the Court's prior abeyance order). Based upon EPA's recent representations, Petitioners expect that EPA will likely have taken action on the petition for administrative reconsideration well in advance of the proposed January 27 due date. That will enable the parties to present proposals for adjudicating the challenge to the February 2026 final rule

together with any consolidated challenges to EPA's decision on the reconsideration petition.[2]

If, however, EPA's projected timing for its decision proves incorrect, and EPA has not taken final action on the reconsideration petition, then all the compelling reasons for abeyance will continue to apply. As demonstrated in our original abeyance motion, ECF No. 2173981, pp. 11-20, litigating this challenge in two phases would, among other disadvantages, be highly inefficient for the Court and the parties. Continued abeyance would not materially prejudice anyone given that the 2026 rule is in effect. *Id.* at 19. Accordingly, the Court should leave the case in abeyance and order the parties to submit motions to govern by January 27, 2027.

## CONCLUSION

Each party requests that the Court grant its requested relief, and order the parties to file motions to govern by January 27, 2027.

---

[2] EPA has yet to take final action on a 2020 administrative reconsideration petition concerning EPA's 2020 MATS Residual Risk Review, 85 Fed. Reg. 31286 (May 22, 2020), which is the subject of a challenge in this Court filed by several of the petitioners here. *Air Alliance Houston v. EPA*, No. 20-1268; *see also* ECF No. 2176868 at 5. The January 27 motions to govern will provide the parties an opportunity to advise the Court on whether, and if so how, adjudication of the 2020 litigation should be coordinated with this case.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General

/s/ *Sonya J. Shea*

SONYA J. SHEA
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Defense Section
999 18th St., North Terrace, Suite 600
Denver, CO 80233
(202) 598-3320
sonya.shea@usdoj.gov

Of Counsel:
Howard J. Hoffman
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

**STATE OF ILLINOIS**
KWAME RAOUL
ATTORNEY GENERAL

/s/ *Jason E. James*
JASON E. JAMES
Assistant Attorney General
JOANNA BRINKMAN
Complex Litigation Counsel
CHRISTOPHER M.R. TURNER
Supervising Attorney, Civil Appeals
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Illinois Attorney General's Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov
joanna.brinkman@ilag.gov
christopher.turner@ilag.gov
matthew.dunn@ilag.gov

**STATE OF MINNESOTA**
KEITH ELLISON
ATTORNEY GENERAL

/s/ *Peter Surdo*
PETER SURDO
CAT RIOS-KEATING
RYAN PESCH
Special Assistant Attorneys General
Office of the
Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
(651) 757-1244
peter.surdo@ag.state.mn.us
catherine.rios-keating@ag.state.mn.us
ryan.pesch@ag.state.mn.us

**STATE OF ARIZONA**
KRIS MAYES
ATTORNEY GENERAL

*/s/ Kirsten Engel*______
KIRSTEN ENGEL
Special Attorney General
Environmental Protection Unit
2005 N. Central Ave.
Phoenix, AZ 85085
(520) 209-4020
Kirsten.Engel@azag.gov

**STATE OF CONNECTICUT**
WILLIAM TONG
ATTORNEY GENERAL

*/s/ Scott N. Koschwitz*
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Matthew.Levine@ct.gov
Scott.Koschwitz@ct.gov

**STATE OF DELAWARE**
KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Vanessa.Kassab@delaware.gov

**STATE OF MAINE**
AARON M. FREY
ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

**STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General
of Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
SGoldstein@oag.state.md.us

**COMMONWEALTH OF MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Tracy Triplett*
TRACY TRIPLETT
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General for the
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2431
tracy.triplett@mass.gov

**STATE OF MICHIGAN**
DANA NESSEL
ATTORNEY GENERAL

*/s/ Hadley E. Tuthill*
HADLEY E. TUTHILL
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney
General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7664
TuthillH@michigan.gov
GiovanattiN@michigan.gov

**STATE OF NEW JERSEY**
JENNIFER DAVENPORT
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
Division of Law
New Jersey Attorney General's
Office
25 Market Street
Trenton, NJ 08625
(609) 900-0782
Lisa.Morelli@law.njoag.gov

**STATE OF NEW MEXICO**
RAÚL TORREZ
ATTORNEY GENERAL

*/s/ Alexander Tucker*
ALEXANDER W. TUCKER
Director of Environmental Protection
New Mexico Department of Justice
201 3rd St. NW, Ste. 300
Albuquerque, NM 87102
(502) 948-8244
atucker@nmdoj.gov

**STATE OF NEW YORK**
LETITIA JAMES
ATTORNEY GENERAL

*/s/ Michael J. Myers*
MICHAEL J. MYERS
Senior Counsel for Air Pollution
and Climate Change Litigation
MATTHEW EISENSON
Assistant Attorney General
Environmental Protection Bureau
ESTER MURDUKHAYEVA
Deputy Solicitor General
NYS Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov
Matthew.Eisenson@ag.ny.gov
Ester.Murdukhayeva@ag.ny.gov

**STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources
Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Rachel Rebello*
RACHEL REBELLO
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
(401) 274-4400
rrebello@riag.ri.gov

**STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**STATE OF WASHINGTON**
NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Jennifer Slocum*
JENNIFER SLOCUM
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6741
Jenna.slocum@atg.wa.gov

**STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
Gabe.Johnson-Karp@wisdoj.gov

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General
400 6th Street, NW, Ste. 8100
Washington, D.C. 20001
(202) 727-3400
Caroline.Vanzile@dc.gov

**CITY OF CHICAGO, ILLINOIS**
MARY B. RICHARDSON-LOWRY
CORPORATION COUNSEL

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Assistant Corporation Counsel Supervisor
BRADLEY R. RYBA
Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Ste. 580
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org

**HARRIS COUNTY, TEXAS**
ABBIE KAMIN
COUNTY ATTORNEY

*/s/ Adrianna Ivory*
ADRIANNA IVORY
Assistant County Attorney
SARAH JANE UTLEY
Managing Counsel
Affirmative and Environmental Divisions
Harris County Attorney's Office
1010 Lamar, 11th Fl.
Houston, TX 77002
(832) 596-9786
Adrianna.ivory@harriscountytx.gov
Sarah.utley@harriscountytx.gov

**CITY OF NEW YORK, NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Alice Baker*
ALICE BAKER
TESS DERNBACH
DEVON GOODRICH
Senior Counsel
New York City Law Dept.
100 Church Street
New York, NY 10007
(212) 356-2320
tdernbac@law.nyc.gov

/s/ Deborah M. Murray
Deborah M. Murray
Southern Environmental Law Center
120 Garrett Street, Suite 400
Charlottesville, VA 22902
(434) 977-4090
dmurray@selc.org

*Counsel for American Academy of Pediatrics, American Lung Association, American Public Health Association, and Physicians for Social Responsibility*

/s/ Sarah A. Buckley
Sarah A. Buckley
John Walke
Emily Davis
Sheena Patel
Natural Resources Defense Council, Inc.
1152 15th St. NW, Suite 300
Washington, D.C. 20005
sbuckley@nrdc.org
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org
Tel: (202) 836-9555

*Counsel for Natural Resources Defense Council*

/s/ Sean H. Donahue
Sean H. Donahue
Keri R. Davidson
Chloe H. Kolman
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, DC 20003
Tel: (202) 277-7085
sean@donahuegoldberg.com
keri@donahuegoldberg.com
chloe@donahuegoldberg.com

Surbhi Sarang
Richard Yates
Vickie L. Patton
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
Tel: (303) 440-4901
ssarang@edf.org
ryates@edf.org
vpatton@edf.org

*Counsel for Environmental Defense Fund*

/s/ Nicholas Morales
Nicholas Morales
Kevin Breiner
James S. Pew
Earthjustice
1250 I St. NW, Fourth Floor
Washington, D.C. 20005
(202) 667-4500
nmorales@earthjustice.org
kbreiner@earthjustice.org
jpew@earthjustice.org

*Counsel for Petitioners Air Alliance Houston, Chesapeake Climate Action Network, Clean Air Council, Downwinders at Risk, Kentucky Resources Council, Montana Environmental Information Center, and Sierra Club*

/s/ Shaun A. Goho
Shaun A. Goho
Hayden W. Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us
hhashimoto@catf.us

*Counsel for Alliance of Nurses for Healthy Environments, Citizens for Pennsylvania's Future, Clean Wisconsin, Conservation Law Foundation, and Natural Resources Council of Maine*

/s/ Sanjay Narayan
Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierraclub.org

*Counsel for Sierra Club*

/s/ Brian H. Lynk
Brian H. Lynk
Environmental Law & Policy Center
740 15th Street, NW, Suite 700
Washington, DC 20005
(240) 461-4241
blynk@elpc.org

*Counsel for Plaintiffs Environmental Law & Policy Center and Dakota Resource Council*

/s/ *Brinton Lucas*
Brinton Lucas
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3686
blucas@jonesday.com

S. Matthew Krsacok
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI 48226
(313) 230-7923
mkrsacok@jonesday.com

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
6105 Parkland Boulevard
Suite 140
Mayfield Heights, OH 44121
(216) 696-6700
jdubersax@kushnerhamed.com

*Counsel for Respondent-Intervenor NACCO Natural Resources Corporation*

Drew H. Wrigley
Attorney General of North Dakota

/s/ *Philip Axt*
Philip Axt
Solicitor General
600 E. Boulevard Ave., Dept. 125
Bismarck ND 58505
Phone: (701) 328-2210
pjaxt@nd.gov

Nessa Horewitch Coppinger
David M. Friedland
Special Assistant Attorneys General
1900 N Street NW, Suite 100
Washington, DC 20036
ncoppinger@bdlaw.com
dfriedland@bdlaw.com

*Counsel for State of North Dakota on behalf of State Respondent Intervenors*

/s/ Misha Tseytlin
Misha Tseytlin
TROUTMAN PEPPER LOCKE LLP
225 W Randolph Street
Suite 2600
Chicago, IL 60606
(608) 999-1240
misha.tseytlin@troutman.com

Carroll Wade McGuffey, III
TROUTMAN PEPPER LOCKE LLP
600 Peachtree St. N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3000
mack.mcguffey@troutman.com

*Attorneys for the Lignite Energy Council and the National Mining Association*

/s/ Elizabeth C. Williamson
Elizabeth C. Williamson
BALCH & BINGHAM LLP
601 Pennsylvania Avenue, N.W.,
Suite 825 South
Washington, DC 20004
202-661-6342
ewilliamson@balch.com

Claire B. Johnson
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-226-3400
cbjohnson@balch.com

*Counsel for National Rural Electric Cooperative Association, America's Power, Associated Electric Cooperative, Inc., Basin Electric Power Cooperative, Big Rivers Electric Corporation, East Kentucky Power Cooperative, Inc., Minnkota Power Cooperative, Inc., and Sunflower Electric Power Corporation*

/s/ Kathy G. Beckett
Kathy G. Beckett

Kathy G. Beckett
David M. Flannery
Daniel V. Baker*
Steptoe & Johnson, PLLC
707 Virginia Street, East
Post Office Box 1588
Charleston, WV 25326
(304) 353-8000
Kathy.beckett@steptoe-johnson.com
Dave.Flannery@steptoe-johnson.com
Dan.baker@steptoe-johnson.com

Edward L. Kropp
Steptoe & Johnson PLLC
PO Box 36425
Indianapolis, Indiana 46236
317-946-9882
Skipp.kropp@steptoe-johnson.com

*Counsel for Midwest Ozone Group*

s/ C. Grady Moore III
C. Grady Moore III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
gmoore@balch.com
Stephanie Zapata Moore
Executive Vice President & General
David W. Mitchell
Assistant General Counsel,
Environmental
Vistra Corp.
6555 Sierra Drive
Irving, Texas 75039
*Counsel for Intervenors Oak Grove Management Company LLC and Luminant Generation Company LLC*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), by Microsoft Word's count, this document contains 963 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document is in 14-point Times New Roman font, a proportionally spaced font.

/s/ *Sonya J. Shea*
SONYA J. SHEA